# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ALDIFONSO FEDERICO GONZALES, JR.**
**# 92754-079**                                                                                                    **PLAINTIFF**

**v.**                              **CASE NO. 4:09cv00746 BSM/BD**

**UNITED STATES OF AMERICA**                                                     **DEFENDANT**

## ORDER

The court has received the recommended disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After carefully reviewing the recommended disposition and the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Accordingly, defendant's motion to dismiss [Doc. No. 14] is DENIED, this 31st day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE