IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALDIFONSO FEDERICO GONZALEZ, JR.                              PLAINTIFF

v.                         Case No. 4:09-cv-746-DPM

UNITED STATES OF AMERICA                                      DEFENDANT

ORDER

The Court has considered Magistrate Judge Beth Deere's Recommended Disposition — to which Aldifonso Gonzalez belatedly objected, *Document No. 59*. Because Gonzalez had good cause for the late objection, the Court considered the objection on the merits and conducted a *de novo* review. Having completed its review, the Court adopts Magistrate Judge Deere's recommendation, *Document No. 55*, grants the United States's motion for summary judgment, *Document No. 27*, denies Gonzalez's motion to compel as moot, *Document No. 50*, and dismisses his complaint with prejudice.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

5 November 2010